JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| S.V., a minor, by and through her Guardian Ad Litem IRIS YESENIA VILLALOBOS,<br><br>Plaintiff,<br><br>vs.<br><br>UNIVERSAL CITY STUDIOS LLC, a Delaware limited liability company; UNIVERSAL STUDIOS LLC, a Delaware Limited Liability Company; NBC UNIVERSAL THEME PARKS, an unknown entity; DOE 1 (MANAGER); and DOES 2-50, inclusive,<br><br>Defendants. | Case No: 2:26-cv-07556-PA-PD<br>[Assigned to Hon. Percy Anderson]<br><br>**ORDER GRANTING JOINT STIPULATION AND REQUEST TO REMAND CASE BACK TO STATE COURT**<br><br>(Removed from Los Angeles County Superior Court Case No. 26NNCV04014)<br><br>Removed: July 10, 2026 |

## ORDER

Having considered the parties' Joint Stipulation and Request to Remand Case Back to State Court (the "Stipulation"), and good cause appearing, the Court finds as follows:

///

///

1. On June 10, 2026, Plaintiff, S.V., a minor, by and through her guardian ad litem, Iris Yesenia Villalobos ("Plaintiff"), commenced this action in the Superior Court of California, County of Los Angeles.

2. On July 10, 2026, Defendants, UNIVERSAL CITY STUDIOS LLC and UNIVERSAL STUDIOS LLC (collectively "Defendants"), removed this action to this Court pursuant to 28 U.S.C. §§ 1332, 1441(b), and 1446.

3. Following removal, the parties reached an agreement to resolve the action in its entirety, subject to court approval of Plaintiff's minor's compromise.

4. As a material term of their settlement, the parties agreed to jointly request that this action be remanded to the Superior Court of California, County of Los Angeles, for consideration of Plaintiff's minor's compromise.

5. Accordingly, the parties' Joint Stipulation and Request to Remand Action to State Court is GRANTED.

6. This action is REMANDED to the Superior Court of California, County of Los Angeles, Case No. 26NNCV04014, for all further proceedings, including consideration of the parties' settlement and Plaintiff's minor's compromise.

**IT IS SO ORDERED.**

Dated: September 08, 2026

PERCY ANDERSON
UNITED STATES DISTRICT JUDGE